395 A.2d 1005
Commonwealth v. Jezzick, Appellant.

Submitted June 13, 1978. Mark S. Refowich, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.